# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-363-FDW-DCK

| | |
|---|---|
| AUDREY WILLIAMS PRIDE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| US DEPARTMENT OF THE NAVY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion To Move Forward" (Document No. 6) filed October 11, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will deny the motion without prejudice.

The undersigned is unclear as to the relief *pro se* Plaintiff is seeking. In addition, the undersigned observes that Plaintiff filed an "Amended Complaint" (Document No. 5) on October 10, 2019 that presumably has not yet been served on Defendant.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion To Move Forward" (Document No. 6) is **DENIED WITHOUT PREJUDICE**.

Signed: October 15, 2019

David C. Keesler
United States Magistrate Judge