# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-363-RJC-DCK

| | |
|---|---|
| AUDREY WILLIAMS PRIDE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE NAVY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion To Stay" (Document No. 25) filed March 31, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

The undersigned granted Plaintiff's "Motion To Amend/Correct Second Amended Complaint" (Document No. 22) on April 2, 2020, and directed Plaintiff to file a Third Amended Complaint on or before April 24, 2020. <u>See</u> (Document No. 24). Subsequently, the undersigned received Plaintiff's now pending "Motion To Stay" (Document No. 25). Plaintiff's "Motion To Stay" seems to suggest that Plaintiff has identified supplemental authority that she believes may be relevant to her lawsuit.

At this time, the undersigned is not persuaded that there is good cause to issue a stay. To the extent Plaintiff has identified relevant authority, she may incorporate such authority in her Third Amended Complaint and/or may engage Defendant's counsel in communication regarding the impact of that authority on this case, as well as this Court's jurisdiction over this dispute.

Based on the foregoing, however, the Court will further extend Plaintiff's deadline to file a Third Amended Complaint.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion To Stay" (Document No. 25) is **DENIED**.

**IT IS FURTHER ORDERED** that *pro se* Plaintiff shall file a Third Amended Complaint on or before **May 8, 2020**.

**SO ORDERED**.

Signed: April 3, 2020

David C. Keesler
United States Magistrate Judge