# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:19-CV-363-RJC-DCK

| | |
|---|---|
| **AUDREY WILLIAMS PRIDE,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **US DEPARTMENT OF THE NAVY, et al.,** | )<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Exception To Mediation" (Document No. 59) filed August 5, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Exception To Mediation" (Document No. 59) is **GRANTED**.

**SO ORDERED**.

Signed: August 8, 2022

David C. Keesler
United States Magistrate Judge